| | |
|---|---|
| UNITED STATES DISTRICT COURT | ECF CASE |
| SOUTHERN DISTRICT OF NEW YORK | 08 CV 5691 (PAC) |

ALPHA OIL INTERNATIONAL (H.K.),

                    Plaintiff,

- against -

IN SUNG CORPORATION and SE JIN REEFER CO.,

                    Defendants.

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

[F.R.Civ.P. 7.1]

      Plaintiff, ALPHA OIL INTERNATIONAL (H.K.), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, NY

June 23, 2008

      CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP, 61 Broadway, Ste. 3000
New York, NY 10006 – Tel. 212-344-7042


By: /s/_____Joseph De May, Jr.._____
        Joseph De May, Jr. [JD-9105]
        Attorneys for Plaintiff