UNITED STATES DISTRICT COURT                ECF CASE

SOUTHERN DISTRICT OF NEW YORK               08 CV 5691 (PAC)

ALPHA OIL INTERNATIONAL (H.K.),

                      Plaintiff,
- against -

IN SUNG CORPORATION and SE JIN REEFER CO.,

                      Defendants.

PLAINTIFF'S ATTORNEY'S DECLARATION OF COMPLIANCE WITH LOCAL ADMIRALTY RULE B.2

*Defendant:* In Sung Corporation

      JOSEPH De MAY, JR. declares that the following statement is true under the penalty of perjury:

      1.    I am an attorney at law admitted to practice before this Court and a member of the firm of Cichanowicz Callan Keane Vengrow & Textor, LLP, attorneys for plaintiff in the above captioned matter.  I make this declaration on personal knowledge to show plaintiff's compliance with Local Admiralty Rule B.2 requiring notice of maritime attachments.

      2.    Process of maritime attachment and garnishment issued in this action on July 23, 2008 directed against the property of defendant, IN SUNG CORPORATION, up to the amount of $135,000.00.

      3.    The process and copies of the order granting the attachment, the verified complaint, and other papers were served on various garnishee banks.

      4.    Plaintiff has been advised by garnishee banks, J.P. Morgan Chase and Bank of New York Mellon, that funds totaling $135,000.00 have been attached.  *See, Exhibit C.*

      5.    On August 13, 2008, I gave notice of the attachment to defendant, INSUNG CORPORATION, by:

    (a)    Telefax to it at 011-82-2-749-4949, that being its telefax number in Seoul, Korea as listed in a directory widely used in the maritime industry, Lloyd's Register List of Shipowners and Managers 2006 – 07. A transmission confirmation was received. *See, Exhibit A.*

    (b)    Email to it at sk@insungnet.co.kr, that being an email address for it obtained from an internet search. The email was sent and, one hour afterwards, has not been returned. *See, Exhibit B.*

Both the telefax and the email include copies of the letters from the garnishee banks' counsel as well as copies of the write of attachment, the order of attachment, and the verified amended complaint.

Dated:    New York, NY, August 13, 2008

                                      /s/        Joseph De May, Jr.

                                      JOSEPH De MAY, JR. [JD-9105]

# PLAINTIFF'S EXHIBIT A

LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW[1]
JAMES M. TEXTOR[*]
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI[#]
PATRICK MICHAEL DECHARLES II[‡]

JESSICA A. DE VIVO[°]
IRENE M. ZANETOS[°]

[1] ALSO ADMITTED TO DISTRICT OF
COLUMBIA, MAINE & NEW JERSEY
[*] ALSO ADMITTED TO PENNSYLVANIA
[#] ALSO ADMITTED TO GEORGIA
[‡] ALSO ADMITTED TO NEW JERSEY & TEXAS
[°] ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914 - 1992)
VICTOR S. CICHANOWICZ
(1918 - 1989)

# TELEFAX
## *Privileged & Confidential Communication*

August 13, 2008

TO:   In Sung Corporation
      Insung Building
      113-2 Hannam-dong, Yongsan-gu
      Seoul, SOUTH KOREA
      011-82-2-749-4949

RE:   **NOTICE OF ATTACHMENT OF ASSETS**
      Lawsuit in the United States District Court for the Southern District of New York
      Alpha Oil International (H.K.) v. In Sung Corporation and SEIJIN REEFER CO., 08 CV 5691
      Assigned to Judge Crotty
      Our File: 9166/PMK

Dear Sirs:

We are the New York attorneys for plaintiff, Alpha Oil International (H.K.), in the above captioned matter which is a lawsuit brought to recover amounts due Alpha in respect of bunkers sold to In Sung Corporation.

We applied for and were granted by the Court a writ of attachment against the property of In Sung Corporation. The writ was served on various New York banks resulting in the attachment of In Sung funds amounting to U.S.$135,000.00.

In compliance with the Court's rules, we are giving you notice of the attachment. For your ready reference, attached to this email in PDF format are true copies of the following pleadings and papers:

(1)   Letters from the Bank's attorneys confirming the attachment;

(2)   The verified complaint;

(3)   The order of attachment; and

(4)   The writ of attachment.

Please note that the Court rules entitle you to a prompt post-attachment hearing before the Court should you wish to challenge the attachment.

If you would like to arrange for suitable substitute security that would permit release of the attached funds, please contact the undersigned.

Best regards,

Joseph De May, Jr.
Cichanowicz Callan Keane Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, NY 10006
212-344-7042 (T)
212-344-7285 (F)

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

```
TRANSMISSION REPORT

                                    PAGE        : 001
                                    TIME        : AUG-13-08  02:31PM
                                    TEL NUMBER1 :
                                    TEL NUMBER2 :
                                    NAME        :

NBR.  FILE NBR  DATE    TIME     DURATION  PGS  TO              DEPT NBR  ACCOUNT  MODE    STATUS

002       172   AUG-13  02:27PM   03/40    022  0118227494949                       EC 602   OK
```

# PLAINTIFF'S EXHIBIT B

**Joseph De May, Jr.**

| | |
|---|---|
| **From:** | Joseph De May, Jr. |
| **Sent:** | Wednesday, August 13, 2008 2:38 PM |
| **To:** | 'sk@insungnet.co.kr' |
| **Subject:** | Alpha Oil International (H.K.) v. In Sung Corporation and SEIJIN REEFER CO., 08 CV 5691 (PAC) (S.D.N.Y.) - NOTICE OF ATTACHMENT |
| **Attachments:** | Alpha_Oil_v_In_Sung_Corp-08_CV_5691-PAC-SDNY.pdf; _2497401 - 1_ - JPMorgan_8-4-08 _LTR_J DeMay #744.pdf; _2500489 - 1_ - BankofNY_8-6-08_LTR_J DeMay #674.pdf; _ 2494877 - 1_ - JPMorgan_8-1-08_LTR_J DeMay #744.pdf |

  

Alpha_Oil_v_In_Su   _2497401 - 1_ -   _2500489 - 1_ -   _2494877 - 1_ -
ng_Corp-08_CV...   JPMorgan_8-4-0...   BankofNY_8-6-0...   JPMorgan_8-1-0...

TO:    In Sung Corporation
Insung Building
113-2 Hannam-dong, Yongsan-gu
Seoul, SOUTH KOREA

RE:    NOTICE OF ATTACHMENT OF ASSETS
Lawsuit in the United States District Court for the Southern District of New York
Alpha Oil International (H.K.) v. In Sung Corporation and SEIJIN REEFER CO., 08 CV 5691
Assigned to Judge Crotty
Our File: 9166/PMK

Dear Sirs:

We are the New York attorneys for plaintiff, Alpha Oil International (H.K.), in the above captioned matter which is a lawsuit brought to recover amounts due Alpha in respect of bunkers sold to In Sung Corporation.

We applied for and were granted by the Court a writ of attachment against the property of In Sung Corporation. The writ was served on various New York banks resulting in the attachment of In Sung funds amounting to U.S.$135,000.00.

In compliance with the Court's rules, we are giving you notice of the attachment. For your ready reference, attached to this email in PDF format are true copies of the following pleadings and papers:

(1) Letters from the Bank's attorneys confirming the attachment;

(2) The verified complaint;

(3) The order of attachment; and

(4) The writ of attachment.

Please note that the Court rules entitle you to a prompt post-attachment hearing before the Court should you wish to challenge the attachment.

If you would like to arrange for suitable substitute security that would permit release of the attached funds, please contact the undersigned.

Best regards,

Joseph De May, Jr.
Cichanowicz Callan Keane Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, NY 10006

212-344-7042 (T)
212-344-7285 (F)

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

2

# PLAINTIFF'S EXHIBIT C

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

KEVIN L. MCGEE
215-575-4431
KMCGEE@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

August 4, 2008

**Via Email:** jdemay@cckvt.com
Joseph De May, Jr., Esquire
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, New York   10006

> Re:   **Alpha Oil International (H.K.) v. In Sung Corporation and Se Jin Reefer Co.**
>       **Docket No.: SDNY 08-5691**
>       **Our File No.: 444,218-744**

Dear Mr. De May:

Pursuant to a writ of maritime attachment served by you on JPMorgan Chase on behalf of Alpha Oil International (H.K.), funds in the amounts of $65,867.00, being wire transferred through the Bank from In Sung Corporation, were restrained on August 4, 2008.

Pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me a call.

Very truly yours,

RAWLE & HENDERSON LLP

By:
    Carl D. Buchholz, III
    Kevin L. McGee
CDB/KLM/sam
cc:   Teresa Goldberg, Esquire – **Via Email:** teresa.j.goldberg@chase.com
      Mr. Norberto B. Bonga – **Via Email:** Norberto.B.Bonga@jpmchase.com
      Ms. Johnette Reid – **Via Email:** Johnette.Reid@jpmchase.com

2497401-1

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

KEVIN L. MCGEE
215-575-4431
KMCGEE@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

August 6, 2008

**Via Email:** jdemay@cckvt.com
Joseph De May, Jr., Esquire
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802

Re:   Alpha Oil International (H.K.) v. In Sung Corporation and Se Jin Reefer Co.
      Docket No.: 08-CIV-5691
      Our File No.: 442,183-674

Dear Mr. DeMay:

Pursuant to a writ of maritime attachment served by you on Bank of New York Mellon on behalf of Alpha Oil International (H.K.), funds in the amount of $228,005.70, being wire transferred through the Bank from In Sung Corporation, were restrained on August 5, 2008.

Pursuant to your instructions, The Bank of New York Mellon will continue to restrain $52,130.45 as required by the writ of maritime attachment. The remaining funds will be released pursuant to the original wire instructions.

Pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me call.

Very truly yours,

RAWLE & HENDERSON LLP

By:
        Carl D. Buchholz, III
        Kevin L. McGee
CDB/KLM/sam
cc:     Robyn Monaco – Email: robyn.monaco@bnymellon.com
        Alicia Lardy – Email: alicia.lardy@bnymellon.com
        Erin Schembri – Email: erin.schembri@bnymellon.com

2500489-1

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

LILIAN V. PHILIPOSIAN
215-575-4237
LPHILIPOSIAN@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

August 1, 2008

**Via Email:** jdemay@cckvt.com
Joseph De May, Jr., Esquire
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, New York  10006

  Re: Alpha Oil International (H.K.) v. In Sung Corporation and Se Jin Reefer Co.
     Docket No.: SDNY 08-5691
     Our File No.: 444,218-744

Dear Mr. De May:

Pursuant to a writ of maritime attachment served by you on JPMorgan Chase on behalf of Alpha Oil International (H.K.), funds in the amounts of $3,277.00, $1,257.00, $6,676.36, $1,877.00, $1,930.45 and $1,984.74, totaling $17,002.55, being wire transferred through the Bank from In Sung Corporation, were restrained on July 31, 2008.

Pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me a call.

Very truly yours,

RAWLE & HENDERSON LLP

By:
  Carl D. Buchholz, III
  Lilian V. Philiposian
CDB/LVP/sam
cc: Teresa Goldberg, Esquire – **Via Email:** teresa.j.goldberg@chase.com
  Mr. Norberto B. Bonga – **Via Email:** Norberto.B.Bonga@jpmchase.com
  Ms. Johnette Reid – **Via Email:** Johnette.Reid@jpmchase.com

2494877-1